# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stranch, Jane B. | Sixth Circuit Court of Appeals | 06/20/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Branstetter & Stranch |
| 2. | Partner | Branstetter Family Partners |
| 3. | Trustee | Trust #2 |
| 4. | Co-Trustee | Trust #3 |
| 5. | Trustee | Trust #4 |
| 6. | Trustee | Trust #5 |
| 7. | Trustee | Trust #6 |
| 8. | Trustee | Trust #7 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/26/68 | Branstetter, Stranch & Jennings, PLLC Profit Sharing Plan with former law firm, no control |
| 2. | 2010 | Branstetter, Stranch & Jennings law firm, payment of value of interest in fees to be collected at the end of litigation for work done before leaving the firm |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/20/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ACS Federal Judges Panel, University of Pennsylvania Law School | March 21, 2013 | Philadelphia, Pennsylvania | Speaker | Transportation and parking expense |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/20/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | K | T | | | | | |
| 2. Capstar Bank Account | A | Interest | K | T | | | | | |
| 3. UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. - UBS Bank USA Deposit Account | A | Interest | L | T | | | | | |
| 5. - American Funds Capital Income Builder Fund | D | Dividend | M | T | | | | | |
| 6. - Virtus Emerging Mkts Opportunities Fund (X) | A | Dividend | K | T | | | | | |
| 7. - Virtus Premium Alpha Sector Fund A (X) | C | Dividend | M | T | | | | | |
| 8. - Virtus Multi-Sector Short-Term Bond (X) | A | Dividend | K | T | | | | | |
| 9. - ISHARES Silver Trust (X) | | | J | T | | | | | |
| 10. - SPDR Gold Trust (X) | | | J | T | | | | | |
| 11. - IRA #1 | A | Interest | J | T | | | | | |
| 12. - IRA #2 | A | Interest | J | T | | | | | |
| 13. - Telecom Argentina Stock | A | Dividend | J | T | | | | | |
| 14. - Scolar Pharma, Inc. Stock | A | Dividend | J | T | | | | | |
| 15. Piedmont Natural Gas Stock | A | Dividend | J | T | | | | | |
| 16. Capstar Bank Stock | | None | L | U | | | | | |
| 17. Rental Property, Nashville, TN (1993-$395,000) | G | Rent | O | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS Financial Services, Inc. Pension Plan #1 | None | | O | T | | | | | |
| 19. John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 20. - Oppenheimer Developing Mkt | None | | K | T | | | | | |
| 21. - T. Roe Price Health Sci | None | | K | T | | | | | |
| 22. - Legg Mason Clear Br Agg. Growth | None | | K | T | | | | | |
| 23. - Energy | None | | J | T | | | | | |
| 24. - Intl Small Cap Fund | None | | K | T | | | | | |
| 25. - EuroPacific Growth Fund | None | | J | T | | | | | |
| 26. - Davis New York Venture | None | | K | T | | | | | |
| 27. - Real Est. Securities Fund | None | | K | T | | | | | |
| 28. - Capital Appreciation Fund | None | | K | T | | | | | |
| 29. - John Hancock Disciplined Value | None | | J | T | | | | | |
| 30. UBS Financial Services, Inc. Pension Plan #3 | None | | P1 | T | | | | | |
| 31. John Hancock USA Pension Plan #4 (H) | | | | | | | | | |
| 32. - Lifestyle Aggressive | None | | K | T | | | | | |
| 33. - Oppenheimer Developing Mkt | None | | K | T | | | | | |
| 34. - T. Roe Price Health Sci | None | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Legg Mason Clear Br Agg. Growth | | None | K | T | | | | | |
| 36. - Energy | | None | J | T | | | | | |
| 37. - Intl Small Cap Fund | | None | K | T | | | | | |
| 38. - EuroPacific Growth Fund | | None | K | T | | | | | |
| 39. - Davis New York Venture | | None | J | T | | | | | |
| 40. - Capital Appreciation Fund | | None | K | T | | | | | |
| 41. - John Hancock Disciplined Value | | None | J | T | | | | | |
| 42. Memphis Partners | A | Dividend | K | T | | | | | |
| 43. Branstetter Family Partners (H) | | | | | | | | | |
| 44. - Bank of Nashville Accounts | A | Interest | N | T | | | | | |
| 45. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | P1 | Q | | | | | |
| 46. Trust #2, real property Nashville, TN (2005-8, $282,000) | | None | N | R | | | | | |
| 47. Trust #3 (H) | | | | | | | | | |
| 48. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 49. - American Funds Capital Income Builder Fund | C | Dividend | O | T | | | | | |
| 50. - Virtus Premium Alpha Sector A Fund | B | Dividend | O | T | | | | | |
| 51. --Virtus Premium Alpha 1st Purchase | | | | | Buy (add'l) | 01/24/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Virtus Premium Alpha 2nd Purchase | | | | | Buy (add'l) | 04/12/13 | K | | |
| 53. - Virtus Emerging Markets Opportunities Fund (X) | A | Dividend | L | T | | | | | |
| 54. --Virtus Emerging Markets 1st Purchase | | | | | Buy (add'l) | 01/24/13 | K | | |
| 55. Trust #4 (H) | | | | | | | | | |
| 56. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 57. Trust #5 (H) | | | | | | | | | |
| 58. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 59. Trust #6 (H) | | | | | | | | | |
| 60. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 61. Trust #7 (H) | | | | | | | | | |
| 62. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 63. Northwestern Mutual: Whole Life Policy | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/20/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI Liabilities:
1. Line 1, that indicated on the 2012 report that no value was owed as of 12/31/12, was removed on this report because the liability was paid off during 2012.

All Part VII, references by line listed below:

1. Line 6 on this report references a fund that I inadvertently failed to include on the 2012 report. The fund was purchased on 3/14/12 with a purchase value code of K.
2. Line 7 on this report references a fund that I inadvertently failed to include on the 2012 report. The fund was purchased on 3/14/12 with a purchase value code of M.
3. Line 8 on this report references a fund that I inadvertently failed to include on the 2012 report. The fund was purchased on 3/14/12 with a purchase value code of K.
4. Line 9 on this report references a fund that I inadvertently failed to include on the 2012 report. The fund was purchased on 3/14/12 with a purchase value code of J.
5. Line 10 on this report references a fund that I inadvertently failed to include on the 2012 report. The fund was purchased on 3/14/12 with a purchase value code of J.
6. Line 46 on this report, Trust #2 contains gifts of percentage ownership in real property given over time from 2005 to 2008. The value as deeded is as follows:

    2005 - $66,000
    2006 - $72,000
    2007 - $72,000
    2008 - $72,000
       Total  $282,000

7. Line 53 on this report references a fund that I inadvertently failed to include on the 2012 report. The fund was purchased on 12/19/12 with a purchase value code of K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544